IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:18-CR-00100-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION TO |
| | ) | SEAL SENTENCING |
| v. | ) | MEMORANDUM |
| | ) | |
| | ) | |
| | ) | |
| DONTE TERRILL KORNEGAY | ) | |

This matter comes before the Court on the motion of Defendant Donte Terrill Kornegay to seal his sentencing memorandum (DE 107). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 107 shall remain under seal.

IT IS SO ORDERED.

This the __6th__ day of August, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge